In the Matter of the Election of Directors of GLEN SALT
COMPANY.

GLEN SALT COMPANY et al., Appellants; BRADLEY SALT
COMPANY et al., Respondents.

*Matter of Glen Salt Co.*, 17 App. Div. 234, affirmed.
(Argued June 22, 1897; decided October 5, 1897.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
12, 1897, which affirmed that portion of an order of Special
Term reading as follows: "That upon May 26, 1896, George
C. Otis was not the owner in fact of this one hundred forty
shares of stock transferred to him on the books of the Glen
Salt Company from John A. Clute; that the said George C.
Otis' application to vacate said temporary injunction be and
the same is hereby denied, and said injunction is hereby
sustained."

*Frederick Collin* for appellants.

*Edward G. Herendeen* for respondents.

Order affirmed on opinion below, with costs.
All concur, except GRAY, J., absent.